COMPLAINT: 7/30/2024
TRIAGE/GB: JOHN WILLIAM WALLACE++++++++ FEDERAL AGENT

CLOSE LEGAL DESCRIPTION
7105 ALPINE WAY: 98908
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
716 NORTH 40th AVENUE: 98908
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
509 4th STREET: 98901
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
1220 BUSINESS PARKWAY
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
3303 ENGLEWOOD AVENUE: 98902
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
903 LINDY LANE: YAKIMA, COUNTY
WASHINGTON, STATE: 98901

CLOSE LEGAL DESCRIPTION
700 WEST 40th AVENUE: 98908
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
5315 TIETON DRIVE, YAKIMA, COUNTY
WASHINGTON, STATE: 98908

CLOSE LEGAL DESCRIPTION
6901 SUMMITVIEW AVENUE: 98908
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
27 WEST SECOND STREET: 98937
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
603 SOUTH 13th STREET: 98901
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
1510 SOUTH 36th AVENUE: 98902
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
111 OLD STAGE WAY, YAKIMA, COUNTY
WASHINGTON, STATE: 98908

CLOSE LEGAL DESCRIPTION
5802 SUMMITVIEW AVENUE
YAKIMA, COUNTY, WASHINGTON, STATE
98908

CLOSE LEGAL DESCRIPTION
3414 TIETON DRIVE: 98902
YAKIMA, COUNTY
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
4303 MAPLE CT: 98901
YAKIMA, COUNTY
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
2002 EAST MEAD: 98903
YAKIMA, COUNTY
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
8700 SUMMITVIEW AVENUE
YAKIMA, COUNTY, WASHINGTON, STATE
98908

CLOSE LEGAL DESCRIPTION
705 SOUTH 18th AVENUE: 98902
YAKIMA, COUNTY
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
112 NORTH WENAS ROAD
YAKIMA, COUNTY
WASHINGTON, STATE 98942

CLOSE LEGAL DESCRIPTION
1016 SOUTH 6th STREET: 98901
YAKIMA, COUNTY
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
9 SOUTH 8th AVENUE: 98902
YAKIMA, COUNTY
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
1103 WEST MEAD AVENUE
YAKIMA, COUNTY: 98902
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
706 STEWART STREET
YAKIMA, COUNTY: 98902
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
10203 TIETON DRIVE: 98908
YAKIMA, COUNTY
WASHINGTON, STATE

# COMPLAINT 7/30/2024

TRIAGE/GB: JOHN WILLIAM WALLACE ++++++++ FEDERAL AGENT

CLOSE LEGAL DESCRIPTION
816 SOUTH 6th STREET: 98901
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
902 SOUTH 36th AVENUE: 98902
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
4305 TIETON DRIVE: 98908
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
16 SOUTH 6th AVENUE: 98902
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
1701 WEST NOB HILL BOULEVARD
YAKIMA, COUNTY, 98902
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
226 SOUTH 17th AVENUE: 98902
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
902 SOUTH 36th AVENUE
YAKIMA, COUNTY: 98902
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
3414 TIETON DRIVE: 98902
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
615 SOUTH 3rd STREET: 98901
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
212 NORTH 4th STREET: 98901
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
2805 ENGLEWOOD AVENUE: 98902
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
103 NACHES AVENUE: 98937
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
4105 RICHEY ROAD: 98908
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
1214 WEST CHESTNUT AVENUE
YAKIMA, COUNTY: 98902
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
610 SOUTH 48th AVENUE: 98908
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
1707 SOUTH 3rd AVENUE
YAKIMA, COUNTY: 98902
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
903 LINDY LANE: YAKIMA, COUNTY
WASHINGTON, STATE: 98901

CLOSE LEGAL DESCRIPTION
1021 SOUTH 40th AVENUE
YAKIMA, COUNTY: 98908
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
317 SOUTH 41ST STREET: 98901
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
507 NORTH 35th AVENUE
YAKIMA, COUNTY: 98902
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
201 EAST 2nd STREET: 98937
YAKIMA, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
2506 SOUTH 86th AVENUE
YAKIMA, COUNTY: 98903
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
2701 WEST LINCOLN AVENUE
YAKIMA, COUNTY, 98902
WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
15 SOUTH 12th AVENUE: 98902
YAKIMA, COUNTY, WASHINGTON, STATE

COMPLAINT 7/30/2024

RIAGGIGB: JOHN WILLIAM WALLACE HANT, III, FEDERAL AGENT

CLOSE LEGAL DESCRIPTION
333 HIGH STREET NORTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
1900 HINES STREET SOUTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
510 WALLACE ROAD NORTHWEST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
2710 COMMERCIAL STREET SOUTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
101 HIGH STREET NORTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
5135 COMMERCIAL STREET SOUTHEAST
MARION, COUNTY, OREGON, OREGON, STATE

CLOSE LEGAL DESCRIPTION
302 STATE STREET
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
3833 COMMERCIAL STREET SOUTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
2755 COMMERCIAL STREET SOUTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
390 HIGH STREET NORTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
1255 LEE STREET SOUTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
631 WINTER STREET NORTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
580 STATE STREET 1ST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
852 LANCASTER DRIVE SOUTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
2096 MISSION STREET SOUTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
245 COMMERCIAL STREET SOUTHEAST
MARION, COUNTY OREGON, STATE

CLOSE LEGAL DESCRIPTION
3450 COMMERCIAL STREET SOUTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
5120 RIVER ROAD
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
451 DIVISION STREET NORTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
451 DIVISION STREET NORTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
ARCO: NAPA, COUNTY
ASTRO: ALAMEDA, COUNTY
TEXACO: SAN FRANCISCO, COUNTY
VALERO: MARIN, COUNTY
SHELL: SANTA CLARA, COUNTY
STANDARD: CALIFORNIA, STATE
           CALIFORNIA, STATE
EXXON:
MOBIL:
SACRAMENTO, COUNTY
YOLO, COUNTY
SOLANO, COUNTY
SONOMA, COUNTY
CONTRA COSTA, COUNTY

COMPLAINT 7/29/2024

TRIAGE/GOD: JOHN WILLIAM WALLACE +++++++ FEDERAL AGENT

CLOSE LEGAL DESCRIPTION
4260 RIVER ROAD NORTH
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
3995 DEVONSHIRE AVENUE NORTH EAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
2680 JORIE LANE NORTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
5140 RIVER ROAD NORTH
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
380 FARM CREDIT DRIVE SOUTH EAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
2828 CHAD: COSTCO
LANE, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
4885 27th AVENUE SOUTH EAST
MARION, COUNTY, OREGON, STATE 97306

CLOSE LEGAL DESCRIPTION
4849 NORTHEAST 138 AVENUE
MULTNOMAH, COUNTY, OREGON, STATE: 97230

CLOSE LEGAL DESCRIPTION
1255 NORTHEAST 48th AVENUE
HILLSBORO, OREGON, 97124

CLOSE LEGAL DESCRIPTION
6720 NORTHEAST 84th STREET
CLARK, COUNTY, WASHINGTON, STATE

CLOSE LEGAL DESCRIPTION
19610 SOUTHEAST 1st STREET
CAMAS, WASHINGTON, 98607

CLOSE LEGAL DESCRIPTION
3820 MARKET STREET SOUTHEAST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
15901 SOUTHWEST JENKINS ROAD
BEAVERTON, OREGON, 97006

CLOSE LEGAL DESCRIPTION
7850 SOUTHWEST DARTMOUTH STREET
TIGARD, OREGON, 97223

CLOSE LEGAL DESCRIPTION
25500 SOUTHWEST HEATHER PL
WILSONVILLE, OREGON, 97076

CLOSE LEGAL DESCRIPTION
7030 SOUTHEAST HOLGATE BOULEVARD 97206
MULTNOMAH, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
8120 SOUTHEAST KNIGHT STREET
MULTNOMAH, COUNTY, OREGON, STATE: 97206

CLOSE LEGAL DESCRIPTION
1051 HUME WAY
VACAVILLE, CALIFORNIA

CLOSE LEGAL DESCRIPTION
112 MAIN: MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
1500 EDGEWATER STREET NORTH WEST
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
3125 RIVER ROAD NORTH
MARION, COUNTY, OREGON, STATE

CLOSE LEGAL DESCRIPTION
2310 LONG FIBRE ROAD
UNION GAP, WASHINGTON 78903
COSTCO

CLOSE LEGAL DESCRIPTION
4615 COMMERCIAL STREET SOUTH EAST
MARION, COUNTY, OREGON, STATE