UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>UNKNOWN,<br><br>　　　　　　　　　　Defendant. | Case No. 2:24-cv-425-ART-BNW<br><br>ORDER |

Plaintiff John William Wallace filed a complaint in March 2024. (ECF No. 1-1.) The Court dismisses his complaint without prejudice and closes his case because he has neither paid the filing fee nor filed an application to proceed *in forma pauperis*.

Magistrate Judge Weksler advised Plaintiff on April 1, 2024, that under 28 U.S.C. § 1915(a) and Local Rules 1-1 and 1-2, Plaintiff must pay the filing fee or complete an application to proceed *in forma pauperis* by May 1, 2024. (ECF No. 4.) Judge Weksler also advised Plaintiff that failure to comply with her order could result in the Court dismissing his case. (*See id.*)

The Court has not received Plaintiff's filing fee or IFP application. Accordingly, the Court dismisses the complaint without prejudice and instructs the clerk to close the case.

DATED THIS 4th day of November 2024.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE